RONNIE HARB T692568
Name and Prisoner/Booking Number

WATKINS STREET JAIL
Place of Confinement

3250 W. Lower Buckeye Road
Mailing Address

Phoenix, Arizona 85009
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

FILED ___ LODGED
___ RECEIVED ___ COPY

JUN 14 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

RONNIE HASSAN HARB,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) PAUL PENZONE in his official capacity,
(Full Name of Defendant)

(2) _____,

(3) _____,

(4) _____,

Defendant(s).

☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. **CV21-01032-PHX-MTL--ESW**
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

JURY TRIAL DEMANDED

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☑ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: MARICOPA COUNTY Towers Jail, Phoenix, AZ

## B. DEFENDANTS

1. Name of first Defendant: **PAUL PENZONE**. The first Defendant is employed as: **MARICOPA COUNTY SHERIFF** at **MARICOPA COUNTY SHERIFF'S OFFICE**.
   (Position and Title)                                      (Institution)

2. Name of second Defendant: **N/A**. The second Defendant is employed as: **N/A** at **N/A**.
   (Position and Title)                                      (Institution)

3. Name of third Defendant: **N/A**. The third Defendant is employed as: **N/A** at **N/A**.
   (Position and Title)                                      (Institution)

4. Name of fourth Defendant: **N/A**. The fourth Defendant is employed as: **N/A** at **N/A**.
   (Position and Title)                                      (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? **N/A**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **N/A** v. **N/A**
      2. Court and case number: **N/A**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

   b. Second prior lawsuit:
      1. Parties: **N/A** v. **N/A**
      2. Court and case number: **N/A**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

   c. Third prior lawsuit:
      1. Parties: **N/A** v. **N/A**
      2. Court and case number: **N/A**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **N/A**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

D. **CAUSE OF ACTION**

**COUNT I**

1. State the constitutional or other federal civil right that was violated: <u>FOURTEENTH AMENDMENT</u>.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I watched employees come and go touching things in other housing units bringing potentially contaminated items including themselves into my unit. I formally reported many ways that the employees could contaminate the jails and housing units with the Covid-19 virus. I was placed in the Towers Jail in February 2020 prior to the mass infection of the jails. I exhausted remedies in notifying the Administration of where the potential contamination could come from using formal grievance paperwork. No change in procedure took effect in preventing cross contamination, recommending educating employees in infectious diseases or the hiring of professionally certified individuals to oversee items being introduced into the housing units. As the virus gained momentum in the jails even new intake inmates were continued to be housed with inmates incarcerated previous to the CDC guidelines being issued. I tested positive for Covid-19 on June 15th, 2020 by the Correctional Health Services staff at the Towers Jail. I believed contracting the virus would cause serious risk to my life and to the lives of my loved ones if they were to contract it from me. Cont'd See attached pages (pg 5A & B).

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Introduction of the Covid-19 virus into the jail and thus into my body; muscle pain, headaches, fatigue, loss of appetite. Psychological trauma from the virus may lead to heightened anxiety and PTSD.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

## COUNT II

1. State the constitutional or other federal civil right that was violated: __FOURTEENTH AMENDMENT__

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   I wasn't allowed to fully Practice CDC Guidelines while a Pretrial detainee from March thru June 2020. I notified the Administration through grievances at the MARICOPA COUNTY TOWERS JAIL. I reported many ways that the Covid 19 virus could be introduced into my housing unit and thus spread to me. There was absolutely no way to remain 6 feet apart from my cellmates in the 3 man cells at Towers Jail, as set forth in the CDC guidelines. I urged the staff through the grievance process that if a breakout occured contracting the virus would be inevitable. The proper etiquette to prevent Contraction of the Covid-19 virus, as set forth by the CDC, could not have been followed by me because the MARICOPA COUNTY SHERIFFS OFFICE did not enact different housing techniques after the Pandemic wave made its way into the Jails despite having an empty jail. As an unsentenced inmate I was prevented from keeping with Federal government recommendations on how to remain free of exposure to the Covid-19 virus. I tested positive for Covid-19 on June 15th, 2020 by the Correctional Health Services staff at the Towers Jail. Cont'd. see attached pages (Pgs 5C & D)

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Introduction of the Covid-19 virus into my housing unit/cell and thus into my body; muscle pain, headaches, fatigue, loss of appetite. Psychological trauma from the virus' social impact may lead to heightened Anxiety & PTSD.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: ___N/A___

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities        ☐ Mail        ☐ Access to the court     ☐ Medical care
   ☐ Disciplinary proceedings ☐ Property    ☐ Exercise of religion    ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other:_____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments. ___N/A___

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). ___N/A___

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?     ☐ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count III?     ☐ Yes   ☐ No
   c. Did you appeal your request for relief on Count III to the highest level?     ☐ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

Count 1

Supporting facts, continued

The MARICOPA COUNTY TOWERS JAIL is a PRETRIAL DETENTION FACILITY for the MARICOPA COUNTY SHERIFF'S OFFICE. The previously stated Defendant, Paul Penzone, is the Sheriff of Maricopa County and in his official capacity officiates over matters regarding the County Jail and its procedure. He has authority to dictate new or emergency action to his employees in times like when a pandemic virus could infiltrate one of his facilities. As a Pretrial detainee I am entitled to adequate food, clothing, shelter, sanitation, medical care, and personal safety. I believe that procedure at the Towers Jail caused conditions that put me at substantial risk of

pg 5A

suffering serious harm and that the defendant did not take reasonable available measures and that directly caused me the injury of contracting the Corona virus while housed in his jail. Furthermore I feel that if employees were trained or ordered to make adjustments in their routines, more than what was done, there could have been a stronger possibility of me not contracting the virus while in his custody. Paul Penzone in his official capacity is responsible for his employees and his properties and did not take enough precautionary measures to keep me safe from Covid-19 at an early enough stage in the Pandemic's awareness to him.

p.5b

Count 2

Supporting facts, continued

The MARICOPA COUNTY TOWERS JAIL is a Pretrial Detention facility for the MARICOPA COUNTY SHERIFFS OFFICE. The Defendant Paul Penzone is the Sheriff of Maricopa County and can dictate new procedures in regards to inmates and how they are housed. After the infiltration and spread of the Corona virus in to and throughout the jail and after the CDC had released their guidelines to slow or prevent the spread of the virus I was still housed and treated in the same manner by the staff in the jail. Paul Penzone, in

pg 5C

his official capacity has allowed for the towers jail to house 3 inmates per cell prior to the outbreak in the jail and well into June of 2020. He did not enact different housing procedures in the jail to keep inmates at a distance to each other so they would not spread the virus to eachother. As a Pretrial detainee I was not allowed to practice the Doctor/scientist recommended guidelines issued by the CDC. Paul Penzone, in his official capacity had the ability to change the housing policies during this global emergency and failed to do so to keep me from contracting Covid despite my use of the grievance process.

pg 50

## E. REQUEST FOR RELIEF

State the relief you are seeking:
I am seeking monetary relief in the amount of $250,000 dollars to compensate for Attorney fee's and the potential medical issues that may come from this virus in the coming years of my life. Also to help me pay for Psychological healthcare from the trauma I have gone through including being Exiled from my home and family upon release after testing positive while the virus' repercussions were unknown.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 7, 2021
DATE

_____
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6

# MARICOPA COUNTY SHERIFF'S OFFICE
# INMATE LEGAL SERVICES

## CERTIFICATION

I hereby certify that on this date __JUN 9 – 2021_____

In accordance with the instruction received from the inmate and the rules of this Court, I mailed the original and one (1) copy to the Clerk of the United States District Court, District of Arizona.

I further certify that copies of the original have been forwarded to:

___ Hon _____ United States District Court, District of Arizona.

___ Hon _____ United States District Court, District of Arizona.

___ Attorney General, State of Arizona, _____

___ Judge _____ Superior Court, Maricopa County, State of Arizona.

___ County Attorney, Maricopa County, State of Arizona _____

___ Public Defender, Maricopa County, State of Arizona _____

___ Attorney _____

___ Other _____

___ _____

___ _____

_____  _____
Legal Support Specialist Signature

INMATE LEGAL SERVICES
Maricopa County Sheriff's Office
3250 W. Lower Buckeye Rd.
Phoenix, AZ 85009