**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ronnie Hassan Harb, | No. CV-21-01032-PHX-MTL (ESW) |
| Plaintiff, | **ORDER** |
| v. | NOT FOR PUBLICATION |
| Paul Penzone, | |
| Defendant. | |

Before the Court is Magistrate Judge Eileen S. Willett's Report and Recommendation ("R&R") (Doc. 19), recommending that the Court deny Plaintiff Ronnie Hassan Harb's Motion to Amend Complaint (Doc. 14). (Doc. 19.) Neither party has filed objections to the R & R, and the time to do so has passed.

In reviewing an R & R, this Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). "[T]he district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); *see Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts need not conduct "any review at all . . . of any issue that is not the subject of an objection"). No objections having been received, the Court will accept and adopt the R & R.

Based on the foregoing,

///

**IT IS ORDERED** that Magistrate Judge Eileen S. Willett's Report and Recommendation (Doc. 19) is **accepted**. The Motion to Amend Complaint (Doc. 14) is **denied**.

**IT IS FURTHER ORDERED denying** the Motion for Leave to File Supplemental Pleading (Doc. 27) and Motion for Leave to File Second Supplemental Pleading (Doc. 30).

**IT IS FURTHER ORDERED denying** the Motion to Strike (Doc. 38) as **moot**.

Dated this 10th day of March, 2022.

Michael T. Liburdi
United States District Judge